UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

PAUL KAIRIS,
                **Petitioner,**

- v -                                              9:02-CV-1337
                                                               (TJM/RFT)

UNITED STATES OF AMERICA,

                **Respondent.**

―――――――――――――――――――――――――――――

**Thomas J. McAvoy, Senior U.S. District Judge**

### DECISION & ORDER

This *pro se* motion for the return of property was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

No objections to the Report-Recommendation and Order dated September 5, 2006 have been filed. Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

It is therefore

**ORDERED** that the motion to set aside the administrative forfeiture be granted and the DEA serve proper notice upon petitioner and allow for filing of a new claim, which, in accordance with the prisoner mailbox rule, shall be deemed filed if and when petitioner gives such claim to prison officials.

**IT IS SO ORDERED.**

Dated: September 20, 2006

                                                       */s/ Thomas J. McAvoy*
                                                       Thomas J. McAvoy
                                                      Senior, U.S. District Judge